**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANTHONY MALKO, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

GNC HOLDINGS, LLC,

Defendant.

Case No. 2:26-cv-01833-MCS-AJR

**ORDER APPROVING STIPULATION FOR AMENDMENT OF DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**

Judge: Hon. Mark C. Scarsi
Ctrm: 7c

The Court, having considered the Parties' Stipulation for Amendment of Defendant's Answer and Affirmative Defenses pursuant to Local Rule 7-1 and Federal Rule of Civil Procedure 15(a)(2), hereby APPROVES the Stipulation. Defendant shall file its First Amended Answer and Affirmative Defenses within two court days of the Court's entry of this Order.

**IT IS SO ORDERED.**

Dated: May 21, 2026

Mark C. Scarsi
United States District Judge